**Louis H. Heinberg, plaintiff in error, v. Errett Bigelow and J. Carlton Abbott, defendants in error. Gen. No. 24,571.**

Action to recover for wrongful conversion of sum of money. Judgment for defendants. Error to the Municipal Court of Chicago; the

Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Cavender & Kaiser, for plaintiff in error. Ransom E. Walker, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.